RECEIVED
OCT 25 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the

Timothy James Thomas ) 
_____ )  Case Number: _____
_____ )  (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
v. )  ☑ CIVIL RIGHTS COMPLAINT
Assistant States Attorney )  pursuant to 42 U.S.C. §1983 (State Prisoner)
Amanda Pillsbury )  ☐ CIVIL RIGHTS COMPLAINT
Cook County Sheriff )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Micheal Schoffer #483 )  ☐ CIVIL COMPLAINT
*Defendant/Respondent(s)* )  pursuant to the Federal Tort Claims Act,
 )  28 U.S.C. §§1346, 2671-2680, or other law

12 C 8581
Judge John Z. Lee
Magistrate Judge Geraldine Soat Brown

I. **JURISDICTION**

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B. Defendant **Amanda Pillsbury** is employed as
 (a) (Name of First Defendant)

 **A Assistant State's Attorney**
 (b) (Position/Title)

 with **Stat Attorney office**
 (c) (Employer's Name and Address)

 **2600 S California Chicago Ill 60608**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain:

**She is with the State Attorney office**

(Rev. 7/2010)                                    1

**Defendant #2:**

C. Defendant __Micheal Schaffer #483__ is employed as
(Name of Second Defendant)

__A Cook County Sheriff__
(Position/Title)

with __Cook County Jail__
(Employer's Name and Address)

__2600 S California Chicago Ill 60608__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

__he was with the Cook Count Sheriff__

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II. **PREVIOUS LAWSUITS**

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☑ Yes ☐ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1. Parties to previous lawsuits:
           Plaintiff(s): Timothy Thomas

           Defendant(s): micheal Schaffer Cook County sheriff #483

        2. Court (if federal court, name of the district; if state court, name of the county):

        3. Docket number: 1:12-cv-01233

        4. Name of Judge to whom case was assigned: Marvin E Aspen

        5. Type of case (for example: Was it a habeas corpus or civil rights action?):

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

        7. Approximate date of filing lawsuit: April 2012

        8. Approximate date of disposition: June 2012

(Rev. 7/2010)

3

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I am bringing a Delibegate in Differnt Claim against the Defendants, ASA Amanda Pillsbury, Cook County Sheriff micheal Schaffer for violating my Constitutional Due Process under the Sixth and fourteenth Amendments to the Constitution.

On October 20, 2010 I Appeard befor the Honorable Earl Hoffenberg who Appointed the Public Defender office to Represent me and a bond hearing was held.

Case was continued to October 25, 2010 I again appeard in Court where I continued to be represnted by the Public Defender office.

(Rev. 7/2010)   5

② 

②

**IV.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The case's was again continued on the state's motion to November 4, 2010 on this Day I Appeared in Court Represented by the Public Defender at this appearance I made my first Remarks on the Record with Regards to my frustration that the so called victim in this case was not being Proecuted for the injuries that she inflicted on me on the Date of my encounter.

at This hearing, I ask the Judge on the Record for Some one to Talk to about filing charges against the so called victim in this case for the injuries that she inflicted on me on 10-19-10, I was Denied my Due Process Rights to file charges against her by officer Michael Schaffer #483 on the Date of the encounter, the state motion for a continued to November 10, 2010, the Judge Told me that I would be able to speak to Someone Within That Time

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-4-10 officer Micheal Schaffer and A.S.A Amanda Pillsbury was in court for This hearing and when I ask for help from the Judge after leaving the court Room with my lawyer I was Taking back to lock up in the Skokie basement waiting to be Transported back to the county Jail. I was Taking out my cell and put in a Room where I was visited by Micheal Schaffer and Amanda Pillsbury I was Told by her That she was There to Take my complaint and she had nothing to do with my case she was not the Prosecutor on my case, I was not giving my Rights, I was not asked if I wanted my lawyer There, This visit was made with out Notice to my attorney for the express purpose of Trying to get me to incriminate myself and to seek information to upgarede the Then misdemeanor charges to a felony.

4

Revised 9/2007

(4)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ASA Amanda Pillsbury and Micheal Schaffer Never Told the Stat Attorney office or the Public Defender office that They were going to speak to me, I just left the court Room, This visit to speak to me with out notice to my attorney when I had been Represented by counsel on all Prior court appearances is without question improper and is in violating of the Illinois Rules of Professional Responsibility Rule 4.2 which prohibits communication with Persons Representend by Counsel. A.S.A Amanda Pillsbury and Micheal Schaffer Now That the law was clear that a Persons Represented by Counsel may not be questioned concerning charges up on which adversarial judicial criminal proceedings have commenced, a violation my constitutional Due Process Rights under the sixth and fourteenth Amendments to the constitution.

⑤

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Amanda Pillsbury and Micheal Schaffer Violated the Rules of Professional Responsibility 4.2 and Rule 8.4 misconduct which says that its professional misconduct for a lawyer to

Ⓐ Violate or attempt to violate the Rules of Rofessional conduct, Knowingly assist or induce another to do so Through the acts of another.

Ⓑ engage in conduct involving Dishonesty fraud Deceit or misrepesentation.

Ⓒ A.S.A Amanda Pillsbury Never Told me She was There to investigat me or to upgrade the charges against me be for I gave her a statements, That I did strike the so called Victim in This case after being attack for cheating on her for 6 year's, Amanda Pillsbury misRepresent herself to get me to incriminat my self so the charges could be up gared.

4

Revised 9/2007

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Plaintiff Seeks Damage for Violating Constitutional Rights and Due Process in the amount of $250,000 Per Defendant, Any other Relief the court Deems Just, and fair

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10-18-12
(date)

P.O. Box 500
Street Address

Vandalia IL 62047I
City, State, Zip

*Timothy Thomas*
Signature of Plaintiff

Timothy Thomas
Printed Name

B50368
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)